# The Book of Life

671 Purchase St. #304
New Bedford, MA 02740
(774) 770 7559
Shauna.barboza@gordon.edu

October, 18, 2022

United States District Court
1 Courthouse Way
Boston, MA 02210

*FILED IN CLERKS OFFICE 2022 OCT 20 PM 12: 03 U.S. DISTRICT COURT DISTRICT OF MASS.*

Dear Federal Bureau, Peer Review and Decision Makers,

I've printed out and read through your instruction guide, and even browsed the hundred some odd paged rule book you direct "pro se litigants" to become familiar with. I have worked through this system diligently for three years fighting for my children, their rights as well as mine and the people I represent…the poor, weak and vulnerable.

I am going to take this a step further in declaring myself *exempt* from the rules, regulations and protocols of "law" in how to go about filing a civil lawsuit against the State (Commonwealth) of Massachusetts (Federal Question Case) as well as the State (Commonwealth) of New Hampshire (Diversity Case), as I have found freedom in Christ and have unalienable rights to life, liberty and happiness.

To date, I have filed 16 lawsuits at New Bedford Superior Court (still open cases that I'd like to be addressed as I've been banned from further filing), formed a book of exhibits that I have sent to



the former President (Trump/White House), the Police in New Hampshire and New Bedford, MA, the Attorney General's Office, the DA, the U.S. Department of Justice, Homeland Security, as well as many others. I have written dozens upon dozens of letters that have been sent out to Politicians, Senators, the Legislature, the President and I even went so far as to contact the Pope.

I have been deeply wounded and burdened by the law and the structure of the system to the point of exhaustion and I have come to realize there is no way out of this system and it's design except through Christ (Amendment I); through the heart of Him is where I stand, free from the wages of the law of sin and death (Magna Carta, 1215) (Petition of Right, 1682).

This Civil **LAWSUIT** is being filed on behalf of me and my children.

In July of 2019 my daughter (11yrs at the time) came to me with allegations of sexual abuse regarding father. She said it had been done to her her whole life, as well as my oldest son. My ex (17 years married) is well connected with the government. He had some friends within the Department of Children and Families help him lie under oath on July 3rd of 2019 about my whereabouts (see audio record) and lie again at an exparte hearing at Probate and Family in New Bedford MA on July 8th of 2019. His friend (conflict of interest) at DCF said I had mental illness and didn't show for a hearing the previous year, which I did but was too nervous to speak up to defend myself. I later pulled a copy of that court date which showed my appearance for the previous year (See audio record). Due to their deceit and lies, my children were trafficked over from the state of MA on into the State of NH on a temporary order which was dismissed in

12/20, to be with their abuser and I have not seen them since (with the exception of my boys on two brief occasions) Article I, Section 9.

About a year ago my ex moved from NH back to MA and I didn't even know where my children were for almost an entire year, which meant I couldn't serve him papers for divorce…the only way to go about obtaining custody or parenting time in the State of MA as they don't recognize legal Separation (something that has haunted me and has been a huge disadvantage for me). The only way I found out where my children were residing was through a police report through which his address was spotted.

I have contacted all authorities and I am not doing this all over again. I have been hospitalized over all this 4 times since exes friends at DCF first stepped into the picture late December 2017. I have suffered great anguish and I've been mentally and emotionally tortured, as have my children and I'm sure. I have had a case up against me for 3 very long tormenting years. I have been arrested for trying to contact my children and put in jail for trying to have a relationship with them. I've been forced into a system of slavery that I want no part of, but an equal power shared with those in whom I represent. I have no reason to speak further about my case except for the fact me and my children have been made into victims of human trafficking by a very cruel and ruthless system. I want my children and I want compensation.

If you have any questions, I will be happy to guide you through a thorough internal investigation as the Courts in conjunction with DCF, the Police, and Hospitals, and obtain much of the hard evidence in filings, Medical Records, Live Video Interviews, Forensic Interviews, documented communication exchanges, pictures, audio records, and a large number of witnesses.  I realize

the State can "redact" at any time and that there's no point in fighting anymore…you can't fight the system but you can surrender your life to God to not be taken under by the system, and I am a strong woman rooted in an undeniable faith! All be the glory to God (Abba, Father, Creator, Adonai, Hail Holy Mother Israel, etc). I am done writing here. I look forward to your response, and working with you all.

I hereby proclaim immunity from the processes constructed and implemented by the Courts on filing suit, and through Christ, as an equal and opposite partner of the law of sin and death, may this lawsuit deem permissible.



Shauna Young

King, The Book of Life

