UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| **SHAUNA YOUNG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-11802-DJC |
| | ) | |
| **COMMONWEALTH OF MASSACHUSETTS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

**CASPER, J.**                                                                                             **January 30, 2023**

For the reasons set forth below, the Court grants Shauna Young additional time to file a complaint and resolve the filing fee.

I.   **Background**

On October 20, 2022, Shauna Young, a resident of New Bedford, Massachusetts, proceeding *pro se*, filed a letter. D. 1. Young's letter consists primarily of a recounting of events surrounding proceedings in Probate and Family Court in New Bedford as well as her unsuccessful efforts to secure custody of her children. Id. Young states that "[t]his civil LAWSUIT is being filed on behalf of [Young] and [her] children." Id. at p. 2. Young further states that although she reviewed the court's instruction guide to filing a civil action, she is "declaring [herself] exempt from the rules, regulations and protocols of 'law' in how to go about filing a civil lawsuit . . ." Id. at p. 1. Young did not file a complaint. She also did not pay the filing fee or a motion for leave to proceed *in forma pauperis*.

Since the filing of this action, Young has filed numerous letters and a motion for a fair and speedy trial. D. 3 - 10. The letters primarily recount proceedings in state court as well as her efforts to secure the relief she seeks concerning her children.

## II.     Discussion

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Young's letter does not constitute a complaint. If she wishes to pursue this action, she must file a complaint. The Court cannot consider a request for relief without an underlying complaint which contains a statement of the Court's jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief," and a demand for relief. See Fed. R. Civ. P. 8(a). The requirement to provide a "short and plain statement of the claim" means that the complaint must contain "enough detail to provide [each] defendant with 'fair notice of what the . . . claim is and the grounds upon which it rests,'" Silverstrand Invs. v. AMAG Pharm., Inc., 707 F.3d 95, 101 (1st Cir. 2013) (quoting Ocasio-Hernandez v. Fortuno-Burset, 640 F.3d 1, 12 (1st Cir. 2011)) (alteration in original), or, in other words, the statement of the claim "must 'at least set forth minimal facts as to who did what to whom, when, [and] where,'" Calvi v. Knox County, 470 F.3d 422, 430 (1st Cir. 2006) (quoting Educadores Puertorriqueños en Acción v. Hernandez, 367 F.3d 61, 68 (1st Cir. 2004)).

In addition, a complaint should comply with other requirements set forth in the Federal Rules of Civil Procedure. The caption of the complaint "must name all the parties," Fed. R. Civ. P. 10(a). "A party must state its claims . . . in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). "Each allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1). The plaintiff must sign the complaint. See Fed. R. Civ. P. 11(a).

Further, if Young wishes to pursue this action, she must also pay a $350 filing fee and the $52 administrative fee or file a request to proceed without prepayment of the fee (often referred to as a motion for leave to proceed *in forma pauperis*).

### III. Conclusion

For the foregoing reasons, it is hereby ORDERED:

1. Plaintiff's Motion, D. 5, for fair and speedy trial is DENIED.

2. If Young wishes to pursue this action she must, on or before February 21, 2023, (1) pay the $402 filing and administrative fees or file a motion for leave to proceed *in forma pauperis*; and (2) file a complaint.

3. Failure to comply with this Order will result in dismissal of the action without prejudice. The Clerk shall send Young an application to proceed in district court without prepaying fees or costs, which Young may complete and file as a motion for leave to proceed *in forma pauperis*.

**SO ORDERED.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge

3