UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAUNA YOUNG,  )<br>  )<br>   Plaintiff,  )<br>  )<br>  )<br>  v.  )<br>  )<br>COMMONWEALTH OF MASSACHUSETTS,  )<br>  )<br>   Defendant.  )<br>  ) | Civil Action No. 22-11802-DJC |

**ORDER**

**CASPER, J.**                                                                                            **February 16, 2023**

By Memorandum and Order dated January 30, 2023, *pro se* plaintiff Shauna Young ("Young") was advised that if she wishes to pursue this action she must, on or before February 21, 2023, (1) pay the $402 filing and administrative fees or file a motion for leave to proceed *in forma pauperis*; and (2) file a complaint. D. 11. A blank form application to proceed in district court without prepaying fees or costs was issued. D. 12.

On February 3, 2023, Young filed a letter stating, among other things, that she received electronic notices from the Court and was unable to open the links. D. 13. On February 8, 2023, Young filed a letter with copies of documents concerning her state court divorce proceedings. D.14. Yesterday, Young filed a further letter. D. 15.

The Court's records indicate that on February 6, 2023, the Clerk sent to Young by regular mail copies of the Court's Memorandum and Order with a blank form application to proceed in district court without prepaying fees or costs. These documents were mailed to Young at her

mailing address in New Bedford, Massachusetts.  Young may access Court forms directly from the Court's public website.

Young is reminded that if she wishes to pursue this action she must, on or before February 21, 2023, (1) pay the $402 filing and administrative fees or file a motion for leave to proceed *in forma pauperis*; and (2) file a complaint.  To the extent that Young's recent letter, D. 15, was seeking relief from having to file a motion for leave to proceed *in forma pauperis*, file a complaint or otherwise comply with the January 30th Memorandum and Order, <u>id.</u> at 4,  that request is denied. Failure to timely comply with the January 30th Memorandum and Order, D. 11, will result in dismissal of the action without prejudice.

**SO ORDERED.**

/s Denise J. Casper
Denise J. Casper
United States District Judge